UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANBEER SINGH BRAR,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Defendant. | Case No. 1:25-cv-00136-JLT-CDB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST AND EXTENDING TIME FOR PLAINTIFF TO FILE OBJECTIONS TO THE MARCH 10, 2025 FINDINGS AND RECOMMENDATIONS AND RESPOND TO THE COURT'S ORDER TO SHOW CAUSE<br><br>(Docs. 9, 10)<br><br>**30-DAY DEADLINE** |

    Plaintiff Tanbeer Singh Brar ("Plaintiff"), proceeding pro se and *in forma pauperis*, initiated this action with the filing of a complaint on February 3, 2025. (Doc. 1, 5). On March 10, 2025, the Court entered an order: (1) denying Plaintiff's motion to expedite (Doc. 6) and construed motions to amend and request for subpoena, to seal, and for seizure (Docs. 7, 8); (2) directing Plaintiff to show cause in writing within 14 days from the date of service of the order why this action should not be dismissed as time-barred; and (3) issuing findings and recommendations to deny Plaintiff's motion for emergency temporary protective order (Doc. 4). (Doc. 9). Plaintiff was provided 14 days from service of the findings and recommendations to file written objections. (*Id.* at 8).

    Pending before the Court is Plaintiff's construed request for extension of time to file

objections to the findings and recommendations and objections to the undersigned's orders denying his motions, filed on March 12, 2025. (Doc. 10). Plaintiff requests the Court to "extend[] time to object the matter" of the Court's findings and recommendations in denying the motion for emergency protective order. (*Id.* ¶ 3). As to this request, Court finds good cause to grant Plaintiff a brief extension of time to file objections to the findings and recommendations. Plaintiff also requests the Court extend time to object to the Court's order in denying his various motions for relief. (*Id.* ¶¶ 4-6). To the extent Plaintiff seeks to object the undersigned's order denying his various motions for relief, Plaintiff is advised that any objections thereto will be reviewed by the assigned district judge under the appropriate legal standard. *See* Fed. R. Civ. P. 72(a).

Separately, Plaintiff's response to the Court's March 10, 2025, order to show cause (Doc. 9) is currently due within 14 days from the date of service of the order. Though Plaintiff has not requested an extension of time, Plaintiff is directed to file his response to the order to show cause (concerning the apparent time-bar of the claims asserted, as discussed in the Court's order) by the same deadline to file any objections to the findings and recommendations.

**Conclusion and Order**

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's construed request for an extension of time (Doc. 10) to file objections to the Court's March 10, 2025 findings and recommendations (Doc. 9) is **GRANTED**;
2. Plaintiff **SHALL** file any objections to the undersigned's orders and findings and recommendations (Doc. 9) **within 30 days** of the date of service of this order; and
3. Plaintiff **SHALL** file **by that same deadline** a response to the Court's March 10, 2025 order to show cause why this action should not be dismissed as time-barred (Doc. 9).

**Any failure by Plaintiff to comply with this Order may result in the recommendation that this action be dismissed for a failure to obey court orders and a failure to prosecute**.

IT IS SO ORDERED.

Dated:   **March 13, 2025**                              _____
                                                                         UNITED STATES MAGISTRATE JUDGE