# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANBEER SINGH BRAR,<br><br>             Plaintiff,<br><br>      v.<br><br>STATE OF CALIFORNIA,<br><br>             Defendant. | Case No. 1:25-cv-0136 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY PROTECTIVE ORDER<br><br>(Docs. 9, 10, 16) |

Tanbeer Singh Brar seeks to hold the State of California liable for a violating his right to privacy under of the Fourth Amendment pursuant to 42 U.S.C. § 1983.  He contends that since July 2021, the County of Kern and State of California "law enforcement agencies and officials are violating [his] online privacy and policy of [his] phones and computers."  (Doc. 1 at 5.)  Plaintiff requests the Court enter an emergency temporary protective order.  (Doc. 4.)

The assigned magistrate judge found Plaintiff failed to show the requested injunctive relief is appropriate.  (Doc. 9 at 3-5.)  The magistrate judge found Plaintiff does not show a likelihood of success on the merits or that Plaintiff "is likely to face immediate and irreparable harm."  (*Id.* at 5.)  Therefore, the magistrate judge recommended the Court deny the motion for an emergency temporary protective order.  (*Id.* at 5, 8.)

Plaintiff filed a "motion to order for findings accordings to recommendations," which the Court construes to be objections to the Findings and Recommendations.  (Doc. 10.)  In addition,

1

Plaintiff filed a second request for emergency restraining order. (Doc. 16.) The Court construes both filings to be objections to the pending Findings and Recommendations. However, Plaintiff's filings do not specifically address the findings of the magistrate judge related to his failure to show a likelihood of success on the merits and failure to demonsrate immediate and irreparable harm. To the extent Plaintiff also seeks reconsideration of other rulings of the magistrate judge pursuant to Rule 27(a) of the Federal Rules of Civil Procedure—including the denial of his various motions for amendment, subpoena, seizure, and for the Court to stop filing documents electronically— Plaintiff fails to show such the rulings were clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a).

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter entire matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS:**

1. The Findings and Recommendations issued March 10, 2025 (Doc. 9) are **ADOPTED** in full.
2. Plaintiff's motion for emergency temporary protective order (Doc. 4) is **DENIED**.

IT IS SO ORDERED.

Dated: __March 28, 2025__                           _____
                                                    UNITED STATES DISTRICT JUDGE